IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS VENEGAS,

      Plaintiff,                     No. 2:12-cv-1435 EFB P

      vs.

B. MENDOZA, et al.,

      Defendants.           <u>ORDER</u>

                              /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit a properly completed affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has submitted an application for leave to proceed in forma pauperis, but he has not signed the affidavit.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or a signed affidavit as required by § 1915(a). The Clerk of the Court

////

////

////

1

1  is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.  Failure
2  to comply with this order will result in a recommendation that this action be dismissed.
3     So ordered.
4  DATED: June 8, 2012.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE