IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS VENEGAS,

     Plaintiff,                  No. 2:12-cv-1435 EFB P

     vs.

B. MENDOZA, et al.,

     Defendants.           <u>ORDER</u>

/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests a second extension of time to file his opposition to defendants' March 29, 2013 motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

     Plaintiff's request (Dckt. No. 26) is granted and plaintiff has 30 days from the date this order is served to file his opposition.

     So ordered.

Dated:  June 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE