IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS VENEGAS,

      Plaintiff,                    No. 2:12-cv-1435 EFB P

      vs.

B. MENDOZA, et al.,

      Defendants.             ORDER

                                     /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a second extension of time to file his opposition to defendants' March 29, 2013 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's request (Dckt. No. 26) is granted and plaintiff has 30 days from the date this order is served to file his opposition.

      So ordered.

Dated: June 3, 2013.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE