UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VENEGAS, | No. 2:12-cv-1435-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| B. MENDOZA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He once again requests an extension of time to file his opposition to defendants' motion to dismiss. The court reluctantly grants the request. Defendants' motion to dismiss was filed almost six months ago. Since the filing of defendants' motion to dismiss, while claiming an inability to litigate this action, plaintiff has filed at least twelve pleadings. Plaintiff is therefore admonished that no further extensions of time will granted. Should plaintiff fail to timely file his opposition, the court will recommend that this action be dismissed for failure to prosecute.

Accordingly, plaintiff's request (ECF No. 38) is granted and plaintiff has 60 days from the date this order is served to file his opposition. In light of the above extension, the Clerk is directed to terminate ECF No. 35.

Dated: September 19, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE